**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 14-cv-23573-GAYLES**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **ERICK LASZLO MATHE and ASHIF JIWA,** | ) |
| | ) |
| **Defendants,** | ) |
| and | ) |
| | ) |
| **BLUEMARK ASSET MANAGEMENT, LLC,** | ) |
| | ) |
| **Relief Defendant.** | ) |
| | ) |
| _____ | ) |

**PLAINTIFF'S NOTICE OF DISMISSAL OF ITS CIVIL PENALTY CLAIMS AGAINST
DEFENDANTS ERICK LASZLO MATHE AND ASHIF JIWA**

Plaintiff Securities and Exchange Commission hereby files this Notice of Voluntary Dismissal with prejudice as to its claims for a civil money penalty against defendants Erick Laszlo Mathe and Ashif Jiwa (collectively, the "Defendants").

On January 8, 2015, this Court entered a Default Judgment of Permanent Injunction and Other Relief against Mathe (D.E. # 32). Also, on January 2, 2017, this Court entered an Amended Judgment of Permanent Injunction and Other Relief against Jiwa (D.E. # 73.)

The disgorgement, including prejudgment interest, and civil penalty amounts, if any, were left to be determined by the Commission's motion.

The Commission now voluntarily dismisses its civil penalty claims against the Defendants because of, among other things, the resolution of their respective parallel criminal cases, *United States v. Mathe et al.,* 2:14-cr-00528-LFR-2 (E.D. PA). Such dismissal is reflected

in the proposed Final Judgments filed with the Court in the Commission's Notice of Filing Consents and Motion for Entry of Final Judgments. [DE 76]**.**

Dated:  June 28, 2018                                     Respectfully submitted,

                                               By:     s/Russell Koonin
                                                        Russell Koonin
                                                        Senior Trial Counsel
                                                        Florida Bar No. 474479
                                                        Direct Dial: (305) 982-6385
                                                        E-mail:  kooninr@sec.gov

                                                        Attorney for Plaintiff
                                                        **SECURITIES AND EXCHANGE COMMISSION**
                                                        801 Brickell Avenue, Suite 1800
                                                        Miami, Florida 33131
                                                        Telephone: (305) 982-6300
                                                        Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 28, 2018, the foregoing document was filed electronically with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of record or *pro se* parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                         /s/ Russell Koonin
                                                         Russell Koonin

## **SERVICE LIST**

Erick Laszlo Mathe, *Pro se*
Reg. No. 71688-066
FCI Estill
100 Prison Road
Estill, SC 29918
**(Via First-Class U.S. Mail)**

Barry Michael Wax, Esq.
Law Offices of Barry M. Wax
701 Brickell Avenue, Suite 1550
Miami, FL 33131
barry@barrywax.com
*Counsel for Defendant Ashif Jiwa and*
*Relief Defendant Bluemark Asset Management, LLC*
**(Via CM/ECF)**