IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-23573-CIV-GAYLES

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

BLUE MARK ASSET MANAGEMENT,
LLC, et al.

    Relief Defendant.
_____/

**FINAL JUDGMENT AGAINST RELIEF DEFENDANT
BLUEMARK ASSET MANAGEMENT, LLC**

Plaintiff Securities and Exchange Commission has filed a Complaint; and Relief Defendant Bluemark Asset Management, LLC ("Bluemark") has: been served with a summons and Complaint; entered a general appearance; consented to the Court's jurisdiction over it and the subject matter of this action; consented to entry of this Final Judgment Against Relief Defendant Bluemark ("Final Judgment"); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment. This Court, having accepted Bluemark's Consent and having jurisdiction over it and the subject matter of this action, and having considered the record in this case, orders as follows:

**I.
DISGORGEMENT AND PREJUDGMENT INTEREST**

**IT IS ORDERED AND ADJUDGED** that Bluemark is liable for disgorgement of $361,000, representing profits gained as a result of the conduct alleged in the Complaint, plus $117,902.75 in prejudgment interest, for a total of $478,902.75. The amount of disgorgement

and prejudgment interest is deemed satisfied by entry of the restitution order against Ashif Jiwa, in the criminal case concerning the same conduct at issue in this case, *United States v. Ashif Jiwa et al.*, 2:14-cr-00528-LRF-2 (E.D. Pa.).

## II.
## INCORPORATION OF CONSENT

**IT IS FURTHER ORDERED AND ADJUDGED** that the Consent is incorporated into this Final Judgment with the same force and effect as if fully set forth herein, and that Bluemark shall comply with all of the undertakings and agreements set forth therein.

## III.
## RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

## IV.
## RULE 54(b) CERTIFICATION

**IT IS FURTHER ORDERED AND ADJUDGED** that there being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Judgment forthwith and without further notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of July, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE