IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-23573-CIV-GAYLES

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

ASHIF JIWA, et al.

    Defendant.

_____/

**FINAL JUDGMENT AGAINST DEFENDANT ASHIF JIWA**

Plaintiff Securities and Exchange Commission has filed a Complaint; and Defendant Ashif Jiwa ("Jiwa") has: been served with a summons and Complaint; entered a general appearance; consented to the Court's jurisdiction over him and the subject matter of this action; consented to entry of this Final Judgment Against Defendant Ashif Jiwa ("Final Judgment"); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment. This Court, having accepted Jiwa's Consent and having jurisdiction over him and the subject matter of this action, and having considered the record in this case, orders as follows:

**I.
DISGORGEMENT, PREJUDGMENT INTEREST, AND CIVIL PENALTY**

**IT IS ORDERED AND ADJUDGED** that Jiwa is liable for disgorgement of $1,462,199, representing profits gained as a result of the conduct alleged in the Complaint, plus $477,554.82 in prejudgment interest, for a total of $1,939,753.82. The amount of disgorgement and prejudgment interest is deemed satisfied by entry of the restitution order against Jiwa in the

criminal case concerning the same conduct at issue in this case, *United States v. Ashif Jiwa et al.,* 2:14-cr-00528-LRF-2 (E.D. Pa.).

**IT IS FURTHER ORDERED AND ADJUDGED** that the Commission's claim for a civil penalty pursuant to Section 20(d) of the Securities Act of 1933 ("Securities Act") and Section 21(d) of the Securities Exchange Act of 1934 ("Exchange Act") is dismissed.

## II.
## INCORPORATION OF CONSENT

**IT IS FURTHER ORDERED AND ADJUDGED** that the Consent [ECF No. 76-3] is incorporated into this Final Judgment with the same force and effect as if fully set forth herein, and that Jiwa shall comply with all of the undertakings and agreements set forth therein.

## III.
## RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

## IV.
## RULE 54(b) CERTIFICATION

**IT IS FURTHER ORDERED AND ADJUDGED** that there being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Judgment forthwith and without further notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of July, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE